**Order entered April 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00218-CR

**TOBY FRANCIS TRACY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F17-39255-M**

## ORDER

The reporter's record, requested on February 19, 2019, was due March 14, 2019. When it was not filed, we notified court reporter Belinda Baraka by postcard dated March 14, 2019 that it was overdue and directed her to file the reporter's record by April 15, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Baraka.

We **ORDER** the complete reporter's record filed within **TWENTY DAYS OF THE DATE OF THIS ORDER**. We caution Ms. Baraka that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has available to ensure this appeal proceeds in a more timely fashion, which may include ordering that she not sit as a court reporter until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.


/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE